## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harrington, Dorother P

Printed: 03/10/09

Case Number:  04 B 26711
Judge:  Wedoff, Eugene R
Filed:  7/19/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  January 8, 2009
Confirmed:   September 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 116,583.00 |  |
| Secured: |  | 47,187.34 |
| Unsecured: |  | 57,859.67 |
| Priority: |  | 3,337.54 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 6,301.63 |
| Other Funds: |  | 96.82 |
| Totals: | 116,583.00 | 116,583.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 1,800.00 | 1,800.00 |
| 2. | XTRA LLC | Secured | 1,622.18 | 1,622.18 |
| 3. | Ingersoll-Rand Financial Services | Secured | 513.27 | 513.27 |
| 4. | Bank Of America | Secured | 8,772.83 | 8,772.83 |
| 5. | Ingersoll-Rand Financial Services | Secured | 4,763.04 | 4,763.04 |
| 6. | CitiFinancial | Secured | 1,294.42 | 1,294.42 |
| 7. | General Motors Acceptance Corp | Secured | 16,280.94 | 16,280.94 |
| 8. | Ingersoll-Rand Financial Services | Secured | 13,940.66 | 13,940.66 |
| 9. | Internal Revenue Service | Priority | 3,337.54 | 3,337.54 |
| 10. | Chase Home Finance | Unsecured | 4,174.36 | 4,174.36 |
| 11. | American Express Centurion | Unsecured | 11,152.98 | 11,152.98 |
| 12. | XTRA LLC | Unsecured | 18,429.38 | 18,429.38 |
| 13. | Internal Revenue Service | Unsecured | 51.44 | 51.44 |
| 14. | Resurgent Capital Services | Unsecured | 12,340.64 | 12,340.64 |
| 15. | American Express Centurion | Unsecured | 244.77 | 244.77 |
| 16. | Resurgent Capital Services | Unsecured | 7,588.23 | 7,588.23 |
| 17. | Capital One | Unsecured | 1,383.29 | 1,383.29 |
| 18. | Chase Manhattan | Unsecured | 7,348.21 | 0.00 |
| 19. | Chase Manhattan | Unsecured | 2,494.58 | 2,494.58 |
| 20. | General Motors Acceptance Corp | Secured |  | No Claim Filed |
| 21. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 117,532.76 | $ 110,184.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Harrington, Dorother P

Printed: 03/10/09

Case Number:  04 B 26711
Judge:  Wedoff, Eugene R
Filed:  7/19/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 1,290.64 |
| 4% | 198.55 |
| 3% | 223.40 |
| 5.5% | 1,230.26 |
| 5% | 371.50 |
| 4.8% | 715.00 |
| 5.4% | 2,152.58 |
| 6.6% | 119.70 |
| | $ 6,301.63 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*(signature)*